# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARIA DEL PILAR GONZALEZ,

    Plaintiff,

-vs-                                  Case No. 6:09-cv-573-Orl-28KRS

GO RELAX TRAVEL, LLC,

    Defendant.

## ORDER

This case is before the Court on Plaintiff's Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice Advising Similarly Situated Individuals of Their Opt-In Rights Pursuant to 29 U.S.C. § 216(b) (Doc. No. 25) filed August 31, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of Defendant's Objections to Magistrate Judge's Report and Recommendation (Doc. No. 34), and Plaintiffs' Response to Defendant's Objections (Doc. No, 35), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 8, 2009 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion for Conditional Certification of Collective Action and Permission to Send Court Supervised Notice Advising Similarly Situated Individuals of Their Opt-In Rights Pursuant to 29 U.S.C. § 216(b) (Doc. No. 25) is **GRANTED**.

3. This case is conditionally certified as a collective action.

4. Defendant is ordered to produce to Plaintiff, within thirty (30) days of the date of this Order, the names and last known addresses of all sales agents who sold timeshare vacation packages and were paid commissions or an hourly wage if their commissions did not meet their set goal, and worked for Defendant for the period beginning three years prior to the initiation of this suit to the present.

5. The parties shall submit to the Court a revised form of notice to similarly situated employees and consent to join the collective action that does not authorize Maria Del Pilar Gonzalez to act as the representative of any Opt-on Plaintiff for approval within eleven (11) days from the date of this Order.

6. Once the form is approved, counsel for Plaintiff is authorized to distribute the approved form of notice and consent to join within thirty (30) days of such approval.

7. All consents to join shall be filed with the Court by counsel for Plaintiffs within sixty (60) days after the notice and consent to join are distributed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __12__ day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party