# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIA DEL PILAR GONZALEZ,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **JOINT NOTICE OF FILING REVISED NOTICE TO SIMILARLY SITUATED EMPLOYEES AND CONSENT TO JOIN THE COLLECTIVE ACTION (Doc. No. 42)**
>
> **FILED:**    **November 19, 2009**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED** in part.

This Court adopted and approved a Report and Recommendation by the undersigned and directed counsel for Plaintiff Maria Del Pilar Gonzalez to provide a revised form of notice to similarly situated employees and consent to join the collective action that did not authorize Gonzalez to act as the representative of any opt-in plaintiff. Doc. No. 41. Counsel for Gonzalez submitted the proposed documents with the above-referenced motion.

Although the revised Notification to Potential Class Members still refers to Gonzalez as "the Representative Plaintiff," it no longer states that Gonzalez's agreements and decisions will bind individuals who consent to join the case. Doc. No. 42-2. The revised Consent to Join form contains no reference to Gonzalez being a representative plaintiff. Doc. No. 42-3. Therefore, these forms are appropriate except for the explanation regarding attorney's fees in the revised Notification to Potential Class Members.

My Report and Recommendation noted that individuals who consent to join the case would not automatically be represented by counsel for Gonzalez. They may represent themselves, retain separate counsel, or retain counsel for Gonzalez. Doc. No. 33 at 7 n.3. The revised Notification to Potential Class Members does not clearly explain these options. It refers to Attorney Pantas as "counsel for the class." Doc. No. 42-2. It further states as follows: "If you opt-in your attorney's fees and costs will be on a pure contingency basis, and you will not be charged any fees or costs unless there is a recovery." *Id.* Attorney Pantas is not "counsel for the class." If an opt-in plaintiff retains other counsel, the terms of the engagement will be established between counsel and the opt-in plaintiff. Moreover, contingent fee agreements are often not approved in FLSA cases. *See, e.g., Zegers v. Countrywide Mortgage Ventures, LLC*, 569 F. Supp. 2d 1259 (M.D. Fla. 2008).

Accordingly, I recommend that the Court approve the revised Notification to Potential Class Members, Doc. No. 42-2, with a revision to the provision regarding attorney's fees. Possible substitute language might be as follows:

| | |
|---|---|
| **Ask to be Included** | **Complete Consent to Join Form.** By consenting to join the case, you gain the possibility of receiving money or benefits that may result from a trial or settlement, but you give up your right to sue GO RELAX TRAVEL, LLC, separately for the same legal claim brought in this lawsuit. If you consent to join the case, you may represent yourself or you may hire an attorney to represent you. If you are successful on the merits of your claim, the Fair Labor Standards Act provides that the Court shall award you the reasonable attorney's fees and taxable costs you incur. If you consent to join the case and are unsuccessful on the merits of your claim, you may be required to pay some or all of Defendant's taxable costs in this matter. |

In addition, Attorney Pantas should be referred to as counsel for Maria Del Pilar Gonzalez, not counsel for the class.

I also recommend that the Court approve the revised Consent to Join submitted with the above-referenced notice, Doc. No. 42-3.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 22, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy