**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DEL PILAR GONZALEZ,**

    **Plaintiff,**

**-vs-**                                    **Case No. 6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

    **Defendant.**

_____

## ORDER

This cause comes before the Court for consideration of Magistrate Judge Karla R. Spaulding's December 23, 2009 Report and Recommendation ("R&R") (Doc. 46) and Plaintiff's Objections (Doc. 47) thereto.

This is an overtime wage action brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. In her R&R, Judge Spaulding recommends that the "Joint Notice of Filing Revised Notice to Similarly Situated Employees and Consent to Join the Class Action" (Doc. 42) be granted in part. (Doc. 46). Specifically, Judge Spaulding recommends that the Court approve the revised Notification to Potential Class Members (Doc. 42-2) subject to revision of the provision regarding attorney's fees and removal of the language "counsel for the class." (Doc. 46 at 2-3). Judge Spaulding additionally recommends that the Court approve the revised Consent to Join (Doc. 42-3). (Doc. 46 at 3). Plaintiff objects to the suggested substitute language to the "YOUR LEGAL RIGHTS & OPTIONS—Ask to be Included" section contained in the R&R.

Having considered the matter, the Court determines that the "YOUR LEGAL RIGHTS & OPTIONS—Ask to be Included" section should be revised to read as follows:

> By "opting-in," you gain the possibility of receiving money or benefits that may result from a trial or settlement, but you give up your right to sue GO RELAX TRAVEL, LLC separately for the same legal claims brought in this lawsuit. You will be bound by the judgment, whether it is favorable or unfavorable. If you choose to join this lawsuit, the Representative Plaintiff's counsel—L. Todd Budgen, K.E. Pantas, and the Budgen Law Group—will represent you. If you opt-in and there is no recovery, there will be no attorneys' fees chargeable to you. If there is a recovery or settlement, Plaintiffs' counsel will receive as compensation attorneys' fees paid by GO RELAX TRAVEL, LLC in an amount determined reasonable by the Court. If you opt-in and are unsuccessful on the merits of your claim, you may be responsible for some or all of GO RELAX TRAVEL, LLC's taxable costs in this matter.

In addition, Plaintiff shall change "counsel for the class" to "the Representative Plaintiff's counsel" in the Notification to Potential Class Members as recommended in the R&R.

Based on the foregoing, it is **ORDERED** as follows:

1. The December 23, 2009 Report and Recommendation (Doc. 46) is **APPROVED AND ADOPTED**, subject to the modifications to the Notification to Potential Class Members (Doc. 42-2) discussed herein.

2. Plaintiff's Objections to the R&R (Doc. 47) are **OVERRULED**, except as regarding the modifications discussed herein.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9th day of February, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to Counsel of Record