# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DEL PILAR GONZALEZ,**

    **Plaintiff,**

**-vs-**                                         Case No. 6:09-cv-573-Orl-28KRS

**GO RELAX TRAVEL, LLC,**

    **Defendant.**

_____

## ORDER

This case is before the Court on the Report and Recommendation (Doc. No. 110) entered by the United States Magistrate Judge on June 9, 2010. In the Report, the magistrate judge recommends that the notices of consent to join filed by opt-in Plaintiffs David Perez, Luz Merced, Pedro Morales, Lesbia Moreno, and Tomas Santiago be stricken due to the failure of these opt-in Plaintiffs to prosecute and comply with Court orders.

After a review of the record, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 9, 2010 (Doc. No. 110) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The notices of consent to join filed by opt-in Plaintiffs David Perez, Luz Merced, Pedro Morales, Lesbia Moreno, and Tomas Santiago (Docs. 51-1, 51-2, 56-1, 73-1, and 79-

2) are **STRICKEN**.

    **DONE** and **ORDERED** in Orlando, Florida this 30th day of June, 2010.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party