**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DEL PILAR GONZALEZ,**

        **Plaintiff,**

**-vs-**                                                              **Case No. 6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On August 12, 2010, Defendant Go Relax Travel, LLC, filed a notice of withdrawal of its answer and affirmative defenses. Doc. No. 112. On August 13, 2010, Plaintiff Maria Del Pilar Gonzalez filed an unopposed motion to vacate the Case Management and Scheduling Order, "[g]iven the Defendant's abandonment of its defense." Doc. No. 113. Plaintiff's counsel asserted that he "confirmed that it is the Defendant's intent to allow a default to be entered by this Court." *Id.* ¶ 2.

On September 8, 2010, I issued an Order to Show Cause ordering Defendant to show cause in writing on or before September 17, 2010 why its answer should not be stricken and why default should not be entered against it. Doc. No. 116. Defendant was cautioned that failure to comply with the order would result in the imposition of sanctions against it, including the entry of default, pursuant to Fed. R. Civ. P. 16(f). *Id.* At the time of writing this Report and Recommendation, Defendant has failed to comply with the show cause order, and the time for doing so has passed.

Based on the foregoing, I respectfully recommend that the Court do the following:

1. **STRIKE** Defendant Go Relax Travel, LLC's Answer to Complaint and Affirmative Defense, Doc. No. 10; and

2. **DIRECT** the Clerk of Court to enter a default against Defendant Go Relax Travel, LLC.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 20, 2010.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy