**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DEL PILAR GONZALEZ,**

        **Plaintiff,**

**-vs-**                               **Case No.  6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

        **Defendant.**
_____

## ORDER

On September 20, 2010, the United States Magistrate Judge submitted a report recommending that Defendant Go Relax Travel, LLC's Answer to Complaint and Affirmative Defense be stricken and a default be entered against Defendant (Doc. No. 117).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 20, 2010 (Doc. No. 117) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Go Relax Travel, LLC's Answer to Complaint and Affirmative Defense (Doc. 10) is hereby **STRICKEN** from the docket.

3. The Clerk of the Court is directed to enter a default against Defendant Go Relax travel, LLC.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13th___ day of October, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

/s/ John Antoon II
JOHN ANTOON II
United States District Judge