# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIA DEL PILAR GONZALEZ,**

       **Plaintiff,**

-vs-                                                Case No. 6:09-cv-573-Orl-28KRS

**GO RELAX TRAVEL, LLC,**

       **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFFS GERMAN BELTRAN, MARIA CHAVEZ, YEREISHA JIMENEZ, RAMON MAURY AND MARIELY RIVERA (Doc. No. 155)
>
> **FILED:** October 28, 2011

German Beltran, Maria Chavez, Yereisha Jimenez, Ramon Maury, and Mariely Rivera filed consents to join this case as plaintiffs. Doc. No. 6-4, 51-3, 55-1, 55-4, 60-1. Counsel for Defendants requests that the case be dismissed with prejudice as to these five plaintiffs because they did not appear at mediation on October 19, 2011, as required by the Court's Case Management and Scheduling Order, Doc. No. 149. *See also* Doc. No. 158.

Counsel for Plaintiffs states that he has made repeated attempts to contact these plaintiffs without success. Doc. No. 156. Correspondence addressed to Maury, Jimenez and Rivera was returned as undeliverable. Beltran's telephone number was disconnected. Chavez and others have not responded to telephone messages. *Id.* at 2. Based on the failure of German Beltran, Maria Chavez, Yereisha Jimenez, Ramon Maury and Mariely Rivera to respond to their counsel and their violation of an order of the Court, it appears that they have abandoned this litigation.

Because this case arises under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, dismissal of these Plaintiffs' claim with prejudice is not appropriate because it would not be a fair and reasonable resolution of the FLSA claims. *See Perez-Nunez v. North Broward Hosp. Dist.*, 609 F. Supp. 2d 1319 (S.D. Fla. 2009). Accordingly, I **respectfully recommend** that the claim of German Beltran, Maria Chavez, Yereisha Jimenez, Ramon Maury and Mariely Rivera be dismissed without prejudice.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 4, 2011.

      *Karla R. Spaulding*
      KARLA R. SPAULDING
      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy