**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIA DEL PILAR GONZALEZ,**

    **Plaintiff,**

-vs-                                    **Case No. 6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

    **Defendant.**

_____

## ORDER

This case is before the Court on Defendant's Motion to Dismiss with Prejudice as to Plaintiffs German Beltran, Maria Chavez, Yereisha Jimenez, Ramon Maury and Mariely Rivera (Doc. No. 155) filed October 28, 2011. The United States Magistrate Judge has submitted a report recommending that the claims of these opt-in Plaintiffs be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 4, 2011 (Doc. No. 159) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Dismiss with Prejudice as to Plaintiffs German Beltran, Maria Chavez, Yereisha Jimenez, Ramon Maury, and Mariely Rivera (Doc. No. 155) is **GRANTED in part.** The claims of opt-in Plaintiffs German Beltran, Maria Chavez, Yereisha Jiminez, Ramon Maury, and Mariely Rivera are dismissed without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___29th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge