# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARIA DEL PILAR GONZALEZ,**

    **Plaintiff,**

**-vs-**              **Case No. 6:09-cv-573-Orl-28KRS**

**GO RELAX TRAVEL, LLC,**

    **Defendant.**

_____

# ORDER

This case is before the Court on the Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. No. 163) filed December 6, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Non-Objection to the Report and Recommendation (Doc. No. 167), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed January 10, 2012 (Doc. No. 166) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement and Stipulation for Dismissal with Prejudice (Doc. 163) is **GRANTED in part**.

3. The Court finds the settlement agreement to be a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4. The Court declines to reserve jurisdiction to enforce the settlement agreement.

5. Counsel for Plaintiffs is prohibited from withholding any part of the $10,000.00 payable to Plaintiffs under the settlement agreement pursuant to a contingent fee agreement or otherwise. Further, Counsel for Plaintiffs shall provide a copy of this Order to each Plaintiff.

6. This case is dismissed with prejudice.

7. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___13th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge